①

Related
DDJ

1-30-25

Superior Court of California
County of San Luis Obispo

FILED
CLERK, U.S. DISTRICT COURT
FEB -3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Edward Macklin
vs.

Case No.
22M-00642/22M-00709
5:25-CV-00383-CBM-MAR

People of the State of California

Complaint

To the Jail Administration and to the Judicial or other Competent Authorities, Including those vested with Reviewing or Remedial Power

I, Edward Macklin Case to Initiate a new Case In Court, Accordingly

Rights to Due Process, Rights to Reasonable Accommodation, Comprehensive Overview of all Matters

Amendment, Modification:

Edward Macklin is esting and In Propria Persona Status Pending before Court while Incarcerishall be permitted the following privileges In Conjunction with the Cases:

Case No. RIF2702722306193, RIM2111043, CVRI403058, E034326,
CVRI2407030, County verside, CVRF2500232
Case No. 22CR02144, of Santa Barbara,
Case No. bS31356-3 County of Los Angeles,

(2)

This is a Civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of Rights secured by the Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. section 1331 and 1343(a)(3). Edward Macklin seeks Declaratory Relief pursuant to 28 U.S.C. section 2201 and 2202. Edward Macklin claims for Injunctive Relief are authorized by 28 U.S.C. sections 2283 and 2284 and Rule 65 of the Federal Rule of Civil Procedure.

Superior Court of California County of Riverside is an appropriate venue because it is where the events giving rise to this claim occurred. Under 28 U.S.C. Section 1391(b)(2).

This Complaint Concerns:
Emily Casillas, Vanessa Jovin, Christina Dun, Miguel Rivera, Sydney Bennett, Jail/Judicial Administration, (a) Advocacy (Support/Services),

Displacement:
Grant everything on the Executive/Proposemmary, Imperative to my Defense and for Case Preparation.

Participation and Comments:
| Evaluating Bad Faith and dice |
What is the Legal Significance In Cali.a.
What are Factors Considered by the J.
What is the Summary of Judgement
Auxiliary Aid/Services and Seek R.

③

Raise Claim On Direct Appeal,
Raise Claim In a Petition for Review,
Raise Claim In a Habeas Petition

Deemed Necessary for my Well Being and to Sustain Life while Incarcerated and when In the Community, Utilized as Coping Tools for Health and Mental Health Purpose, Emotionally, Physically, Spiritually, Psychologically,
Grant everything Imperative to my Defense and for Case Preparation,

File Bivens Action Section 1983, sue for Negligence, Abuse Of Process, Intentional Infliction Of Emotional Distress, Medical Negligence, Mental and Emotional Injury,
42 U.S.C.A. §1997e(e),

File Equal Protection Claim,
Jail-Judicial Administration Is treating me different because of my Mental Health,
Being unfairly singled out for mistreatment based on some Other suspect or quasi-suspect factor,

| Substantial Due Process, Exhausted State Judicial Remedies, Procedural Due Process, Establishment Clause, Request for Certificate of Probable Cause, Motion for Appointment of Counsel on Appeal, Grant PC 1381 Motion,

The Right to Talk and Meet with Lawyers and Legal workers,
The Sixth Amendment Right to Counsel Protects your Rights to see an Attorney,
Emily Casillas for Legal Aid/Counsel Representation,

Fundamental and Constitutional Rights to Use the Court system,
The Right Is based on the First, Fifth, and Fourteenth Amendments to the Constitution, First Amendment - The Right to Petition the government for a redress of Grievances, and under the Fifth and Fourteenth Amendments the Right to Due Process of Law,
Right of access to the Courts,

File Motion to Alter or Amend the Judgement, Appeal all Dismissals, Declaration for Entry Of Default, Leave to File an Amended Complaint, Federal Civil Rights Lawsuit, 1983 and Biven Lawsuit, State Tort Lawsuit, Amnesty, clemency, Ex Parte Young Fiction, Applicable Precedent, Due Diligence, Sovereign Immunity,

42 U.S.C. §1997e, Applicability of Administrative Remedies, Failure of State to Adopt or Adhere to Administrative Grievance Procedure, Limitation On Recovery,
Jail/Judicial Administration Misconduct, Contributory Negligence, Deliberate Indifference, Insufficient Assistance, Violating Constitutional Rights Of Edward Macklin,



Participating Parties/Communities:
Jail-Judicial Administration, Emily Casillas, Vanessa Jovin, Christina Duran, Miguel Rivera, Deputy Guerrero-Law Librarian, Sydney Bennett, Legal Advocacy,

Implementation:
To reduce recidivism through these services and evidence based programs seeks to provide support and opportunities for change from criminal thinking and activity to choosing to live a contributing and productive lifestyle.

| Return This Copy To Edward Macklin |

I declare under penalty of perjury that the foregoing is true and correct.

C.C: Emily Casillas, Vanessa Jovin, Christina Duran, Miguel Rivera, Sydney Bennett, Deputy Guerrero-Law Librarian,

Edward Macklin
*E. Macklin*

Edward Macklin
Bk#2l2324198
30155 Bald Rd.
Murrieta, CA 92563

Maya Roy
Chief of Deputy Operations
350 West 1st Street
Los Angeles, CA 90012-4565

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB -3 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ DEPUTY

SAN DIEGO CA 920
1 FEB 2025 PM 3 L

90012-4565

LEGAL MAIL




